STATE of Missouri, Respondent,

v.

Jammie BOWMAN, Appellant.

No. WD 38196.

Missouri Court of Appeals,
Western District.

May 19, 1987.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 30, 1987.

Application to Transfer Denied
Sept. 15, 1987.

Justine E. Del Muro, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Colly Frissell-Durley, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, C.J., and TURNAGE and NUGENT, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of robbery in the second degree, § 569.030, RSMo.1986, and judicial probation for five years.

Judgment affirmed. Rule 30.25(b).